169 A.3d 975

IN THE MATTER OF NOLAN COX, MERCER COUNTY DEPARTMENT OF PUBLIC SAFETY. (NOLAN COX—PETITIONER)

June 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002471–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.